# Court of Appeals
# of the State of Georgia

ATLANTA,  June 01, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1712.  MARTIN v. THE STATE.

The above-referenced appeal was docketed in this Court on May 10, 2018. The appellant's brief was due to be filed on or before May 30, 2018. The appellant has failed to file his enumerations of error and brief and did not appropriately move for an extension of time in which to file. *See* Court of Appeals Rule 23 (a) ("Appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offending party and/or counsel to sanctions, including contempt."); *see also* Court of Appeals Rule 13 ("The notice of docketing a direct appeal shall include a statement that failure to file the enumeration of errors and appellant's brief within the time required may result in the dismissal of the appeal and/or appropriate sanctions."). Accordingly, this appeal is hereby **DISMISSED** due to the failure to file an appellate brief.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/01/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*